# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**ERNEST J. PAGELS, JR.,**

        Plaintiff,

    V.        CASE NUMBER: **09-C-283**

**SUSANNE FENSKE and
WAUKESHA COUNTY
TECHNICAL COLLEGE,**

        Defendants.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the defendants' motion to dismiss plaintiff's complaint is GRANTED.**

**This action is hereby DISMISSED with PREJUDICE.**

| | |
|---|---|
|    **June 11, 2009** |    JON W. SANFILIPPO |
| Date | Clerk |
| |  s/ Linda M. Zik |
| | (By) Deputy Clerk |